Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
PHILLIPS & JORDAN, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   21 MC 100 (AKH)

ISRAOL CRESPO,                                              Index No.: 06-CV-14577

                        Plaintiff(s),       **NOTICE OF ADOPTION OF ANSWER
                                                                          TO MASTER COMPLAINT**
   -against-

A RUSSO WRECKING, *et al.*,                                 **ELECTRONICALLY FILED**

                        Defendant(s).
-----------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendant, PHILLIPS & JORDAN, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated November 5, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 100 (AKH).

     WHEREFORE, the defendant, PHILLIPS & JORDAN, INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
November 8, 2007

         Yours etc.,

         McGIVNEY & KLUGER, P.C.
         Attorneys for Defendant
         PHILLIPS & JORDAN, INC.

         By: _____
         Richard E. Leff (RL-2123)
         80 Broad Street, 23rd Floor
         New York, New York 10004
         (212) 509-3456

TO: WORBY GRONER & NAPOLI BERN, LLP
   Plaintiffs Liaison
   In Re Lower Manhattan Disaster Site
   Litigation
   115 Broadway, 12th Floor
   New York, New York 10006
   (212) 267-3700

   All Defense Counsel